# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL ALLEN, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:16-1688 |
| v. | : | (MANNION, D.J.) |
| | | (CARLSON, M.J.) |
| NANCY A. BERRYHILL, | : | |
| Acting Commissioner | | |
| of Social Security | : | |
| Defendant | : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) the report of Judge Carlson, **(Doc. 20)**, is **ADOPTED IN ITS ENTIRETY**;

(2) the plaintiff's complaint appealing the final decision of the Commission denying her claim for SSI benefits, **(Doc. 1)**, is **GRANTED**;

(3) this case is **REMANDED** to the Commission for further proceedings consistent with Judge Carlon's report; and

(4) the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: July 16, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-1688-01-ORDER.wpd